# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3559

_____

James A. Buck, Jr.,

        Appellant,

v.

Internal Revenue Service,

        Appellee.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Eastern District of Missouri.
\*
\*    [UNPUBLISHED]
\*

_____

Submitted: May 7, 2009
Filed: May 13, 2009

_____

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

James A. Buck, Jr., appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination and wrongful-discharge suit against his former employer, the Internal Revenue Service. Having carefully reviewed the district court and administrative records and considered Buck's arguments, we find no basis for reversal. See Crawford v. Runyon, 37 F.3d 1338, 1340 (8th Cir. 1994) (in case where plaintiff challenges Merit Services Protection Board (MSPB) decision and asserts claims under Title VII, appellate court reviews MSPB decision on

---

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

administrative record and Title VII claim de novo.)  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____